IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RANDY ALEXANDER, and MEMPHIS CENTER FOR INDEPENDENT LIVING ("MCIL"),     Plaintiffs, individually and on behalf of all others similarly situated,  v.  FEDERAL EXPRESS CORPORATION; and DOES 1- 25, inclusive,     Defendant. | Case No. 2:22-cv-02302-JPM-tmp |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal, filed December 14, 2022. (ECF No. 11.) Plaintiff "states that he is desirous of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i)." (Id.) Defendant has not made an appearance in the case and has, therefore, not yet filed "either an answer or a motion for summary judgment." See Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, pursuant to Rule 41(a)(1)(A)(i) and as specified in Plaintiff's Notice of Voluntary Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 14th day of December, 2022.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE